```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                 HOT SPRINGS DIVISION
```

DEJUAN D. CARADINE                                    PETITIONER

    V.                    Civil No. 08-6019

LARRY NORRIS, Director,
Arkansas Department of Correction                     RESPONDENT

## O R D E R

On this 14th day of May 2008, there comes on for consideration the report and recommendation filed in this case on April 24, 2008, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 7.) Petitioner has filed written objections to the report and recommendation. (Doc. 8). While Petitioner's objections are untimely, the Court has taken them into consideration.

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Petitioner's 28 U.S.C. § 2254 petition is hereby DENIED as untimely and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                              /s/ Robert T. Dawson
                                              Honorable Robert T. Dawson
                                              United States District Judge